**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1123**

---

JAMES A. FROST,

        Plaintiff - Appellant,

    v.

U.S. MARSHAL SERVICE,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (1:13-cv-01414-GBL-IDD)

---

Submitted: April 17, 2014        Decided: April 22, 2014

---

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James A. Frost, Appellant Pro Se. Sosun Bae, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Frost appeals the district court's order dismissing his complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Frost v. U.S. Marshal Serv.</u>, No. 1:13-cv-01414-GBL-IDD (E.D. Va. Jan. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>